**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: STROPKOVIC, MICHAEL | § | Case No. 10-48329-BWB |
| STROPKOVIC, KAREN | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 28, 2010. The undersigned trustee was appointed on October 28, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        130,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 20,623.00 |
| Bank service fees | 911.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 108,465.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/08/2011 and the deadline for filing governmental claims was 04/26/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,688.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,688.75, for a total compensation of $9,688.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $9.70, for total expenses of $9.70.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2016        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-48329-BWB  
**Case Name:** STROPKOVIC, MICHAEL  
STROPKOVIC, KAREN  
**Period Ending:** 11/28/16

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 10/28/10 (f)  
**§341(a) Meeting Date:** 12/02/10  
**Claims Bar Date:** 03/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   203 STEAMBOAT LANE, BOLINGBROOK | 229,500.00 | 0.00 | | 0.00 | FA |
| 2   VACANT LOT IN PUTNAM IL | 22,000.00 | 0.00 | | 0.00 | FA |
| 3   CHASE CHECKING | 800.00 | 0.00 | | 0.00 | FA |
| 4   CHASE CHECKING | 750.00 | 0.00 | | 0.00 | FA |
| 5   US BANK SAVINGS | 150.00 | 0.00 | | 0.00 | FA |
| 6   PRIMERICA MONEY MARKET | 2,600.00 | 0.00 | | 0.00 | FA |
| 7   HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8   20 BRADORD PLATES | Unknown | 0.00 | | 0.00 | FA |
| 9   CLOTHING | 700.00 | 0.00 | | 0.00 | FA |
| 10  COSTUME JEWELRY | 25.00 | 0.00 | | 0.00 | FA |
| 11  BOWLING BALLS | 20.00 | 0.00 | | 0.00 | FA |
| 12  PRIMERICA LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 13  IRA | 15,552.00 | 0.00 | | 0.00 | FA |
| 14  401K | 1,900.00 | 0.00 | | 0.00 | FA |
| 15  ROTH IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 16  D&I PARTNERSHIP LLC | 120,000.00 | 120,000.00 | | 130,000.00 | FA |
| 17  1999 GMC SIERRA 1500 | 2,900.00 | 0.00 | | 0.00 | FA |
| 18  1994 MERCURY COUGAR | 0.00 | 0.00 | | 0.00 | FA |
| 19  1998 PONTIAC TRANSPORT | 1,650.00 | 0.00 | | 0.00 | FA |
| 20  1993 SHASTA TRAVEL TRAILER | 1,000.00 | 0.00 | | 0.00 | FA |
| **20   Assets   Totals** (Excluding unknown values) | **$405,547.00** | **$120,000.00** | | **$130,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SUBMITTED TFR TO US TEE 11/13/16  
TRANSFERRING CASE TO NEW COUNSEL, MIMI STEIN TO COLLECT INSURANCE FUNDS  
COUNSEL RETAINED TO PROSECUTE INSURANCE CLAIM

PURSUING INSURANCE CLAIM RELATIVE TO BOWLING ALLEY LLC; COLLECTION FROM INSURANCE COMPANY UNSUCESSFUL; PREPARING TO FILE LAWSUIT;

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-48329-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** STROPKOVIC, MICHAEL  **Filed (f) or Converted (c):** 10/28/10 (f)
STROPKOVIC, KAREN  **§341(a) Meeting Date:** 12/02/10
**Period Ending:** 11/28/16  **Claims Bar Date:** 03/08/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2011  **Current Projected Date Of Final Report (TFR):** December 31, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-48329-BWB  
**Case Name:** STROPKOVIC, MICHAEL  
STROPKOVIC, KAREN  
**Taxpayer ID #:** **-***5795  
**Period Ending:** 11/28/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/16 | | R.J. DRAZNER & ASSOCIATES | TURNOVER OF INSURANCE PROCEEDS PER ORDER 4/29/16 | | 116,000.00 | | 116,000.00 |
| | {16} | | INSURANCE PROCEEDS    130,000.00 | 1149-000 | | | 116,000.00 |
| | | | ADJUSTER    -14,000.00 | 3991-000 | | | 116,000.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.01 | 115,938.99 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.94 | 115,756.05 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.50 | 115,595.55 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.39 | 115,413.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.54 | 115,247.62 |
| 10/04/16 | 101 | ILLINOIS DEPT OF REVENUE | FEIN: 30-6525795  -  2016 IL 1041 | 2820-000 | | 1,256.00 | 113,991.62 |
| 10/23/16 | 102 | CHUHAK & TECSON, PC | SPECIAL COUNSEL FEES | 3220-610 | | 2,772.00 | 111,219.62 |
| 10/23/16 | 103 | Law Offices of William J. Factor | FEES TO COUNSEL | 3210-000 | | 2,595.00 | 108,624.62 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.50 | 108,465.12 |
| | | | **ACCOUNT TOTALS** | | 116,000.00 | 7,534.88 | **$108,465.12** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 116,000.00 | 7,534.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$116,000.00** | **$7,534.88** | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 116,000.00 | | | |
| Plus Gross Adjustments : | 14,000.00 | **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| Net Estate : | $130,000.00 | **Checking # ******3366** | 116,000.00 | 7,534.88 | 108,465.12 |
| | | | $116,000.00 | $7,534.88 | $108,465.12 |

{} Asset reference(s)    Printed: 11/28/2016 06:57 PM    V.13.29

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 8, 2011

**Case Number:** 10-48329-BWB  
**Debtor Name:** STROPKOVIC, MICHAEL

Page: 1

**Date:** November 28, 2016  
**Time:** 06:57:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $2,595.00 | $2,595.00 | 0.00 |
| ADMIN2 200 | CHUHAK & TECSON<br>30 S WACKER DRIVE<br>#2600<br>CHICAGO, IL 60606 | Admin Ch. 7 | | $3,762.00 | $2,772.00 | 990.00 |
| ADMIN3 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 128775.07] | $9,688.75 | $0.00 | 9,688.75 |
| ADMIN4 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $9.70 | $0.00 | 9.70 |
| ADMIN5 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $6,408.00 | $0.00 | 6,408.00 |
| ADMIN6 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $42.77 | $0.00 | 42.77 |
| ADMIN7 200 | CHUHAK & TECKSON<br>30 S WACKER DRIVE<br>#2600<br>CHICAGO, IL 60606 | Admin Ch. 7 | | $60.00 | $0.00 | 60.00 |
| 1 610 | Precision Rcvy Analytics<br>c/o B-Line, LLC<br>MS 550,PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $636.69 | $0.00 | 636.69 |
| 2 610 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $282.00 | $0.00 | 282.00 |
| 3 -2 610 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>25 SE 2nd Ave., Suite 1120 | Unsecured | | $5,180.40 | $0.00 | 5,180.40 |
| 4 -2 610 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>25 SE 2nd Ave., Suite 1120 | Unsecured | | $589.16 | $0.00 | 589.16 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 8, 2011

**Case Number:** 10-48329-BWB  
**Debtor Name:** STROPKOVIC, MICHAEL

Page: 2

**Date:** November 28, 2016  
**Time:** 06:57:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 610 | Joseph A. Baldi, TR of the Estate R.& D. Izydorek<br>19 S. LaSalle St.<br>Ste. 1500<br>Chicago, IL 60603 | Unsecured | | $55,200.00 | $0.00 | 55,200.00 |
| 6 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,872.36 | $0.00 | 11,872.36 |
| 7 610 | FIA Card Services, NA/Bank of America<br>MBNA America Bank NA,by American<br>InfoSource LP as its agent,PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $8,280.88 | $0.00 | 8,280.88 |
| 8 620 | John Janovyak<br>925 S State<br>Lockport, IL 60441 | Unsecured | | $6,800.00 | $0.00 | 6,800.00 |
| 1I 640 | Precision Rcvy Analytics<br>c/o B-Line, LLC<br>MS 550,PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $8.60 | $0.00 | 8.60 |
| 2I 640 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $3.81 | $0.00 | 3.81 |
| 3I-2 640 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>25 SE 2nd Ave., Suite 1120 | Unsecured | | $69.94 | $0.00 | 69.94 |
| 4I-2 640 | Midland Credit Management, Inc. as agent for<br>Midland Funding, LLC<br>25 SE 2nd Ave., Suite 1120 | Unsecured | | $7.95 | $0.00 | 7.95 |
| 5I 640 | Joseph A. Baldi, TR of the Estate R.& D. Izydorek<br>19 S. LaSalle St.<br>Ste. 1500<br>Chicago, IL 60603 | Unsecured | | $745.28 | $0.00 | 745.28 |
| 6I 640 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $160.29 | $0.00 | 160.29 |
| 7I 640 | FIA Card Services, NA/Bank of America<br>MBNA America Bank NA,by American<br>InfoSource LP as its agent,PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $111.80 | $0.00 | 111.80 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 8, 2011

**Case Number:** 10-48329-BWB  
**Debtor Name:** STROPKOVIC, MICHAEL

Page: 3

**Date:** November 28, 2016  
**Time:** 06:57:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 8I 640 | John Janovyak<br>925 S State<br>Lockport, IL 60441 | Unsecured | | $91.81 | $0.00 | 91.81 |
| SURPLUS 650 | STROPKOVIC, MICHAEL<br>203 STEAMBOAT LANE<br>BOLINGBROOK, IL 60440 | Unsecured | | $1,224.93 | $0.00 | 1,224.93 |
| **<< Totals >>** | | | | 113,832.12 | 5,367.00 | 108,465.12 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 10-48329-BWB
Case Name: STROPKOVIC, MICHAEL
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 108,465.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 108,465.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 9,688.75 | 0.00 | 9,688.75 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 9.70 | 0.00 | 9.70 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 2,595.00 | 2,595.00 | 0.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 6,408.00 | 0.00 | 6,408.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 42.77 | 0.00 | 42.77 |
| Other Expenses: CHUHAK & TECKSON | 60.00 | 0.00 | 60.00 |
| Other Expenses: CHUHAK & TECSON | 3,762.00 | 2,772.00 | 990.00 |

Total to be paid for chapter 7 administration expenses: $ 17,199.22
Remaining balance: $ 91,265.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 91,265.90

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 91,265.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,041.49 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Precision Rcvy Analytics | 636.69 | 0.00 | 636.69 |
| 2 | B-Line, LLC | 282.00 | 0.00 | 282.00 |
| 3 -2 | Midland Credit Management, Inc. as agent for | 5,180.40 | 0.00 | 5,180.40 |
| 4 -2 | Midland Credit Management, Inc. as agent for | 589.16 | 0.00 | 589.16 |
| 5 | Joseph A. Baldi, TR of the Estate R.& D. Izydorek | 55,200.00 | 0.00 | 55,200.00 |
| 6 | Discover Bank | 11,872.36 | 0.00 | 11,872.36 |
| 7 | FIA Card Services, NA/Bank of America | 8,280.88 | 0.00 | 8,280.88 |

Total to be paid for timely general unsecured claims: $ 82,041.49
Remaining balance: $ 9,224.41

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 6,800.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | John Janovyak | 6,800.00 | 0.00 | 6,800.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 6,800.00 |
| | Remaining balance: | | $ | 2,424.41 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 2,424.41 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,199.48. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,224.93.

**UST Form 101-7-TFR (05/1/2011)**