IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Stropkovic, Michael** | ) | No. 10B 48329 |
| **Stropkovic, Karen** | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on December 1, 2016, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

BY:/s/ Thomas B. Sullivan
     Ch 7 Bankruptcy Trustee

Service List:

Precision Recovery Analytics
c/o B-Line, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

B-Line, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

Midland Credit Management, Inc. as agent for Midland Funding, LLC
25 SE 2nd Avenue, Ste 1120
Warren, MI 48090

Joseph Baldi, Trustee of the Estate R&D Izydorek
19 S LaSalle Street
Ste 1500
Chicago, IL 60603

Discover Bank
DB Servicing Corp
P.O. Box 3025
New Albany, OH 43054-3025

Fia Card Services, NA Bank of America
MBNA America Bank, NA
by American Infosource LP as its Agent
P.O. Box 248809
Oklahoma City, OK 73124-8809


John Janovyak
925 S. State
Lockport, IL 60441

Alonzo Zahour
ahzlawyer@aol.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov