# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: STROPKOVIC, MICHAEL § Case No. 10-48329-BWB
STROPKOVIC, KAREN §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $285,547.00         Assets Exempt: $45,552.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $90,040.97         Claims Discharged
                                                    Without Payment: $0.00

Total Expenses of Administration: $38,734.10

3) Total gross receipts of $ 130,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,224.93 (see **Exhibit 2**), yielded net receipts of $128,775.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,734.10 | 38,734.10 | 38,734.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 90,040.97 | 90,040.97 | 90,040.97 |
| **TOTAL DISBURSEMENTS** | $0.00 | $128,775.07 | $128,775.07 | $128,775.07 |

4) This case was originally filed under Chapter 7 on October 28, 2010. The case was pending for 76 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2017          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| D&I PARTNERSHIP LLC | 1149-000 | 130,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$130,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STROPKOVIC, MICHAEL | Dividend paid 100.00% on $1,224.93; Claim# SURPLUS; Filed: $1,224.93; Reference: | 8200-002 | 1,224.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,224.93** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Law Offices of William J. Factor | 3210-000 | N/A | 2,595.00 | 2,595.00 | 2,595.00 |
| CHUHAK & TECSON | 3220-610 | N/A | 3,762.00 | 3,762.00 | 3,762.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 9,688.75 | 9,688.75 | 9,688.75 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 9.70 | 9.70 | 9.70 |

**UST Form 101-7-TDR (10/1/2010)**

| Alan D. Lasko | 3410-000 | N/A | 6,408.00 | 6,408.00 | 6,408.00 |
|---|---|---|---|---|---|
| Alan D. Lasko | 3420-000 | N/A | 42.77 | 42.77 | 42.77 |
| CHUHAK & TECKSON | 3220-610 | N/A | 60.00 | 60.00 | 60.00 |
| R.J. DRAZNER & ASSOCIATES | 3991-000 | N/A | 14,000.00 | 14,000.00 | 14,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 61.01 | 61.01 | 61.01 |
| Rabobank, N.A. | 2600-000 | N/A | 182.94 | 182.94 | 182.94 |
| Rabobank, N.A. | 2600-000 | N/A | 160.50 | 160.50 | 160.50 |
| Rabobank, N.A. | 2600-000 | N/A | 182.39 | 182.39 | 182.39 |
| Rabobank, N.A. | 2600-000 | N/A | 165.54 | 165.54 | 165.54 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 1,256.00 | 1,256.00 | 1,256.00 |
| Rabobank, N.A. | 2600-000 | N/A | 159.50 | 159.50 | 159.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $38,734.10 | $38,734.10 | $38,734.10 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Precision Rcvy Analytics | 7100-000 | N/A | 636.69 | 636.69 | 636.69 |
| 1I | Precision Rcvy Analytics | 7990-000 | N/A | 8.60 | 8.60 | 8.60 |
| 2 | B-Line, LLC | 7100-000 | N/A | 282.00 | 282.00 | 282.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | B-Line, LLC | 7990-000 | N/A | 3.81 | 3.81 | 3.81 |
| 3 -2 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 5,180.40 | 5,180.40 | 5,180.40 |
| 3I-2 | Midland Credit Management, Inc. as agent for | 7990-000 | N/A | 69.94 | 69.94 | 69.94 |
| 4 -2 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 589.16 | 589.16 | 589.16 |
| 4I-2 | Midland Credit Management, Inc. as agent for | 7990-000 | N/A | 7.95 | 7.95 | 7.95 |
| 5 | Joseph A. Baldi, TR of the Estate R.& D. Izydorek | 7100-000 | N/A | 55,200.00 | 55,200.00 | 55,200.00 |
| 5I | Joseph A. Baldi, TR of the Estate R.& D. Izydorek | 7990-000 | N/A | 745.28 | 745.28 | 745.28 |
| 6 | Discover Bank | 7100-000 | N/A | 11,872.36 | 11,872.36 | 11,872.36 |
| 6I | Discover Bank | 7990-000 | N/A | 160.29 | 160.29 | 160.29 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 8,280.88 | 8,280.88 | 8,280.88 |
| 7I | FIA Card Services, NA/Bank of America | 7990-000 | N/A | 111.80 | 111.80 | 111.80 |
| 8 | John Janovyak | 7200-000 | N/A | 6,800.00 | 6,800.00 | 6,800.00 |
| 8I | John Janovyak | 7990-000 | N/A | 91.81 | 91.81 | 91.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $90,040.97 | $90,040.97 | $90,040.97 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-48329-BWB  
**Case Name:** STROPKOVIC, MICHAEL  
STROPKOVIC, KAREN  
**Period Ending:** 03/08/17

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 10/28/10 (f)  
**§341(a) Meeting Date:** 12/02/10  
**Claims Bar Date:** 03/08/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 203 STEAMBOAT LANE, BOLINGBROOK | 229,500.00 | 0.00 | | 0.00 | FA |
| 2 | VACANT LOT IN PUTNAM IL | 22,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE CHECKING | 800.00 | 0.00 | | 0.00 | FA |
| 4 | CHASE CHECKING | 750.00 | 0.00 | | 0.00 | FA |
| 5 | US BANK SAVINGS | 150.00 | 0.00 | | 0.00 | FA |
| 6 | PRIMERICA MONEY MARKET | 2,600.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 20 BRADORD PLATES | Unknown | 0.00 | | 0.00 | FA |
| 9 | CLOTHING | 700.00 | 0.00 | | 0.00 | FA |
| 10 | COSTUME JEWELRY | 25.00 | 0.00 | | 0.00 | FA |
| 11 | BOWLING BALLS | 20.00 | 0.00 | | 0.00 | FA |
| 12 | PRIMERICA LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 13 | IRA | 15,552.00 | 0.00 | | 0.00 | FA |
| 14 | 401K | 1,900.00 | 0.00 | | 0.00 | FA |
| 15 | ROTH IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 16 | D&I PARTNERSHIP LLC | 120,000.00 | 120,000.00 | | 130,000.00 | FA |
| 17 | 1999 GMC SIERRA 1500 | 2,900.00 | 0.00 | | 0.00 | FA |
| 18 | 1994 MERCURY COUGAR | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 1998 PONTIAC TRANSPORT | 1,650.00 | 0.00 | | 0.00 | FA |
| 20 | 1993 SHASTA TRAVEL TRAILER | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 | **Assets   Totals** (Excluding unknown values) | **$405,547.00** | **$120,000.00** | | **$130,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL DISTRIBUTION MADE DECEMBER 27, 2016; AWAITING CLEARANCE OF SAME; TDR TO FOLLOW  
    SUBMITTED TFR TO US TEE 11/13/16  
    TRANSFERRING CASE TO NEW COUNSEL, MIMI STEIN TO COLLECT INSURANCE FUNDS  
    COUNSEL RETAINED TO PROSECUTE INSURANCE CLAIM

    PURSUING INSURANCE CLAIM RELATIVE TO BOWLING ALLEY LLC; COLLECTION FROM INSURANCE COMPANY UNSUCCESSFUL; PREPARING TO FILE

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-48329-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** STROPKOVIC, MICHAEL  **Filed (f) or Converted (c):** 10/28/10 (f)
STROPKOVIC, KAREN  **§341(a) Meeting Date:** 12/02/10
**Period Ending:** 03/08/17  **Claims Bar Date:** 03/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| LAWSUIT; | | | | | |

**Initial Projected Date Of Final Report (TFR):** December 31, 2011     **Current Projected Date Of Final Report (TFR):** November 30, 2016 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-48329-BWB  
**Case Name:** STROPKOVIC, MICHAEL  
STROPKOVIC, KAREN  
**Taxpayer ID #:** **-***5795  
**Period Ending:** 03/08/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/16 | | R.J. DRAZNER & ASSOCIATES | TURNOVER OF INSURANCE PROCEEDS PER ORDER 4/29/16 | | 116,000.00 | | 116,000.00 |
| | {16} | | INSURANCE PROCEEDS  130,000.00 | 1149-000 | | | 116,000.00 |
| | | | ADJUSTER  -14,000.00 | 3991-000 | | | 116,000.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.01 | 115,938.99 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.94 | 115,756.05 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.50 | 115,595.55 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.39 | 115,413.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.54 | 115,247.62 |
| 10/04/16 | 101 | ILLINOIS DEPT OF REVENUE | FEIN: 30-6525795 - 2016 IL 1041 | 2820-000 | | 1,256.00 | 113,991.62 |
| 10/23/16 | 102 | CHUHAK & TECSON, PC | SPECIAL COUNSEL FEES | 3220-610 | | 2,772.00 | 111,219.62 |
| 10/23/16 | 103 | Law Offices of William J. Factor | FEES TO COUNSEL | 3210-000 | | 2,595.00 | 108,624.62 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.50 | 108,465.12 |
| 12/27/16 | 104 | CHUHAK & TECSON | Dividend paid 100.00% on $3,762.00, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 990.00 | 107,475.12 |
| 12/27/16 | 105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $9,688.75, Trustee Compensation; Reference: | 2100-000 | | 9,688.75 | 97,786.37 |
| 12/27/16 | 106 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $9.70, Trustee Expenses; Reference: | 2200-000 | | 9.70 | 97,776.67 |
| 12/27/16 | 107 | Alan D. Lasko | Dividend paid 100.00% on $6,408.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,408.00 | 91,368.67 |
| 12/27/16 | 108 | Alan D. Lasko | Dividend paid 100.00% on $42.77, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 42.77 | 91,325.90 |
| 12/27/16 | 109 | CHUHAK & TECKSON | Dividend paid 100.00% on $60.00, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 60.00 | 91,265.90 |
| 12/27/16 | 110 | Precision Rcvy Analytics | Dividend paid 100.00% on $636.69; Claim# 1; Filed: $636.69; Reference: | 7100-000 | | 636.69 | 90,629.21 |
| 12/27/16 | 111 | B-Line, LLC | Dividend paid 100.00% on $282.00; Claim# 2; Filed: $282.00; Reference: | 7100-000 | | 282.00 | 90,347.21 |
| 12/27/16 | 112 | Midland Credit Management, Inc. as agent for | Dividend paid 100.00% on $5,180.40; Claim# 3 -2; Filed: $5,180.40; Reference: | 7100-000 | | 5,180.40 | 85,166.81 |
| 12/27/16 | 113 | Midland Credit Management, Inc. as agent for | Dividend paid 100.00% on $589.16; Claim# 4 -2; Filed: $589.16; Reference: | 7100-000 | | 589.16 | 84,577.65 |
| 12/27/16 | 114 | Joseph A. Baldi, TR of the Estate R.& D. Izydorek | Dividend paid 100.00% on $55,200.00; Claim# 5; Filed: $55,200.00; Reference: | 7100-000 | | 55,200.00 | 29,377.65 |
| 12/27/16 | 115 | Discover Bank | Dividend paid 100.00% on $11,872.36; Claim# | 7100-000 | | 11,872.36 | 17,505.29 |

Subtotals : $116,000.00  $98,494.71

{} Asset reference(s)  
Printed: 03/08/2017 06:44 PM  V.13.29

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-48329-BWB  
**Case Name:** STROPKOVIC, MICHAEL  
STROPKOVIC, KAREN  
**Taxpayer ID #:** **-***5795  
**Period Ending:** 03/08/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 6; Filed: $11,872.36; Reference: | | | | |
| 12/27/16 | 116 | FIA Card Services, NA/Bank of America | Dividend paid 100.00% on $8,280.88; Claim# 7; Filed: $8,280.88; Reference: | 7100-000 | | 8,280.88 | 9,224.41 |
| 12/27/16 | 117 | John Janovyak | Dividend paid 100.00% on $6,800.00; Claim# 8; Filed: $6,800.00; Reference: | 7200-000 | | 6,800.00 | 2,424.41 |
| 12/27/16 | 118 | Precision Rcvy Analytics | Dividend paid 100.00% on $8.60; Claim# 1I; Filed: $8.60; Reference: | 7990-000 | | 8.60 | 2,415.81 |
| 12/27/16 | 119 | B-Line, LLC | Dividend paid 100.00% on $3.81; Claim# 2I; Filed: $3.81; Reference: | 7990-000 | | 3.81 | 2,412.00 |
| 12/27/16 | 120 | Midland Credit Management, Inc. as agent for | Dividend paid 100.00% on $69.94; Claim# 3I-2; Filed: $69.94; Reference: | 7990-000 | | 69.94 | 2,342.06 |
| 12/27/16 | 121 | Midland Credit Management, Inc. as agent for | Dividend paid 100.00% on $7.95; Claim# 4I-2; Filed: $7.95; Reference: | 7990-000 | | 7.95 | 2,334.11 |
| 12/27/16 | 122 | Joseph A. Baldi, TR of the Estate R.& D. Izydorek | Dividend paid 100.00% on $745.28; Claim# 5I; Filed: $745.28; Reference: | 7990-000 | | 745.28 | 1,588.83 |
| 12/27/16 | 123 | Discover Bank | Dividend paid 100.00% on $160.29; Claim# 6I; Filed: $160.29; Reference: | 7990-000 | | 160.29 | 1,428.54 |
| 12/27/16 | 124 | FIA Card Services, NA/Bank of America | Dividend paid 100.00% on $111.80; Claim# 7I; Filed: $111.80; Reference: | 7990-000 | | 111.80 | 1,316.74 |
| 12/27/16 | 125 | John Janovyak | Dividend paid 100.00% on $91.81; Claim# 8I; Filed: $91.81; Reference: | 7990-000 | | 91.81 | 1,224.93 |
| 12/27/16 | 126 | STROPKOVIC, MICHAEL | Dividend paid 100.00% on $1,224.93; Claim# SURPLUS; Filed: $1,224.93; Reference: | 8200-002 | | 1,224.93 | 0.00 |

|  | ACCOUNT TOTALS | 116,000.00 | 116,000.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 116,000.00 | 116,000.00 | |
| | Less: Payments to Debtors | | 1,224.93 | |
| | **NET Receipts / Disbursements** | **$116,000.00** | **$114,775.07** | |

{} Asset reference(s)

Printed: 03/08/2017 06:44 PM   V.13.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-48329-BWB
**Case Name:** STROPKOVIC, MICHAEL
STROPKOVIC, KAREN
**Taxpayer ID #:** **-***5795
**Period Ending:** 03/08/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******3366 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | Checking # ******3366 | | 116,000.00 | 114,775.07 | 0.00 |
| | | | | | $116,000.00 | $114,775.07 | $0.00 |

{} Asset reference(s)

Printed: 03/08/2017 06:44 PM    V.13.29